UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.: 6:09-bk-15316

Jeffrey L Adams and Kathy M. Adams
         Debtors.
_____/


____X____   **Chapter 13 Plan**          ___ ____   **Amended Chapter 13 Plan**

COMES NOW, the Debtors and files this Chapter 13 Plan.  The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 (October, 2009 –, April 2014) | $   3305.00 |

The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Paul F. Daley | $2,225.00 | $ 125.00 | 1 – 12 |
| | | $ 100.00 | 13 – 19 |
| | | $ 25.00 | 20 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

| IRS | $ 5,689.26 | $ 47.00 | 1 – 19 |
| | | $ 122.00 | 20 |
| | | $ 147.00 | 21 – 58 |
| | | $ 20.34 | 59 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| * Ford Motor Credit | $ 11,115.00 | $ 211.03 | 1 – 60 |
| * Sheffield | $ 7,000.00 | $ 132.90 | 1 – 60 |
| * Sheffield | $ 2,500 | $ 47.46 | 1 – 60 |
| * Kennedy Federal CU | $ 17,867.00 | $ 339.22 | 1 – 60 |

      * Claims to be valued

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**None**

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**None**

**Property to Be Surrendered:**

| Creditor Name: | Property Address/Description: |
|---|---|
| GE Money Bank | 2006 Suzuki Motorcycle |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

* See Secured Claims

**Executory Contracts:**

**The following Executory Contracts are assumed**

**Name of Creditor:**          **Description of Collateral:**          **Month Numbers**:

**None**

**The following Executory Contracts are rejected**:

**Name of Creditor:**                    **Description of Collateral:**

**None**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage**: __0__%**

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 21st day of October, 2009.

/s/ Paul F. Daley
**PAUL F. DALEY**
101 N Plumosa Street
Merritt Island, FL 32953
Florida Bar No.: 25861
Tel (321) 452-1991
Fax (321) 452-1995
Counsel for the Debtor

Label Matrix for local noticing
113A-6
Case 6:09-bk-15316-ABB
Middle District of Florida
Orlando
Wed Oct 21 02:33:13 EDT 2009

ACB American Inc
PO Box 2548
Cincinnati, OH 45201-2500

Jeffrey Lynn Adams
2675 Liberty Avenue
Titusville, FL 32780-4995

Kathy Marie Adams
2675 Liberty Avenue
Titusville, FL 32780-4995

Allied Interstate
3000 Corporate Exchange DR
5th Floor
Columbus, OH 43231-7723

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714-4610

Asset Acceptance
P. O Box 2036
Warren, MI 48090-2036

Associated REcovery System
P. O. Box 469046
Escondido, CA 92046-9046

Carole S Bess
Law Office of Carole Suzanne Bess
101B North Plumosa Street
Merritt Island, FL 32953-3531

Bronson & Migliaccio, LLP
415 Lawrence Bell Drive
Williamsville, NY 14221-7805

Bureau of Collections
PO Box 628
Elk Grove, CA 95759-0628

Camelot Residence Associatio
c/o Joe D. Matheny, P.A.
355 Indian River Avenue
Titusville, FL 32796-3574

Capital Management Svcs
726 Exchange Street
Suite 700
Buffalo, NY 14210-1494

Central Credit Services, Inc
P.O. Box 15118
Jacksonville, FL 32239-5118

Chase
Bank One Card Serv
Westerville, OH 43081

Cit Fin Serv
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Citibank USA
Centralized  Bankruptcy
P. O Box 20507
Kansas City, MO 64195-0507

Citicorp Credit Services
PO Box 2695
Waterloo, IA 50704-2695

Citigroup/Consumer Finance
715 S. Metropolitan
Oklahoma City, OK 73108-2088

City of Titusville
P. O. Box 2807
Titusville, FL 32781-2807

Collection
Attn: Bankrutpcy Department
P. O. Box 10587
Greenville, SC 29603-0587

Countrywide Home Lending
Attn: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062-5170

Credit Services
P Box 15118
Jacksonville, FL 32239-5118

Discover Fin Svcs Llc
P. O. Box 15316
Wilmington, DE 19850-5316

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

Evergreen Professional
Recoveries
12100 NE 19th Street, #325
Bothell, WA 98011

Ford Motor Credit
National Bankruptcy Center
P. O. Box 537901
Livonia, MI 48153-7901

Franklin Collecting Service
PO Box 2300
Tupelo, MS 38803-2300

GCO Financial
PO Box 61247
Virginia Beach, VA 23466

GE Consumer Finance
P. O. Box 628
Elk Grove, CA 95759-0628

GE Money
P. O. Box 981439
El Paso, TX 79998-1439

GE Money Bank Credit Service
P. O. Box 15118
Jacksonville, FL 32239-5118

GE Money Bank Texaco/Chevron
P. O. Box 981064
El Paso, TX 79998-1064

GE Services Limited
6330 Gulfton
Houston, TX 77081-1108

Gemb/Belk
P. O. Box 981491
El Paso, TX 79998-1491

Gemb/Financing
P. O. Box 981439
El Paso, TX 79998-1439

Gemb/Home Design Hvac
P. O. Box 981439
El Paso, TX 79998-1439

Gemb/american Honda
P. O. Box 981439
El Paso, TX 79998-1439

Genesis Financial Solu
P. O. Box 4865
Beaverton, OR 97076-4865

Grant & Richard Greenberg
5858 Westheimer Road
Suite 500
Houston, TX 77057-5645

HSBC/Suzuki Finance
P. O. Box 440290
Aurora, CO 80044-1500

Hollander Law Offices
P. O. Box 105836
Atlanta, GA 30348-5836

I C System Inc
P. O. Box 64378
Saint Paul, MN 55164-0378

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JC Christenson & Associates
P. O. Box 519
Sauk Rapids, MN 56379-0519

Kennedy Space Center
Credit Union
300 S. Plumosa Street
Merritt Island, FL 32952-3526

Kennedy Space Ctr Fcu
415 Fortenberry Rd
Merritt Island, FL 32952-3582

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2053

Lowes
P. O. Box 530914
Atlanta, GA 30353-0914

Macys/fdsb
Macy's Bankruptcy
P. O. Box 8053
Mason, OH 45040-8053

NCO Fin/22
507 Prudential Road
Horsham, PA 19044-2308

NCO Financial Sytems
PO Box 61247
Dept 64
Virginia Beach, VA 23466

P&B Capital Group LLC
461 Ellicott Street
3rd Floor
Buffalo, NY 14203-1544

Parrish Medical Center
951 N. Washington Avenue
Titusville, FL 32796-2194

Redline Recovery Service
2350 N. Forrest Road
Suite 31B
Getzville, NY 14068-1398

Sheffield Financial Co
Po Box 1704
Clemmons, NC 27012-1704

Space Coast C. U
8045 N. Wickham Road
Melbourne, FL 32940-7920

Space Coast C. U.
P.O. Box 419001
8045 N. Wickham Road
Melbourne, FL 32940-7920

Texaco / Citibank/Shell
Centralized  Bankruptcy
P. O. Box 20507
Kansas City, MO 64195-0507

Thomas J. Adams
24250 Duffield Road
Brooksville, FL 34601-8035

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Worldwide Asset Purchasing
Wap/West Asset Mgmt
2253 Northwest Pkwy SE
Marietta, GA 30067-8764

Zakheim & Associates
1045 S. University Drive
Suite 202
Fort Lauderdale, FL 33324-3333

Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228-2228

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114-0326

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)09-15316

(d)Associated Recovery System
PO Box 469046
Escondido, CA 92046-9046

(u)Arthur B. Briskman
Orlando

(d)Ford Motor Credit
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153-7901

(d)GE Money
PO Box 981439
El Paso, TX 79998-1439

(d)JC Christenson & Associates
PO Box 519
Sauk Rapids, MN 56379-0519

(u)Jeffrey Lynn Adams and Kathy Marie Adams

End of Label Matrix
Mailable recipients    63
Bypassed recipients    7
Total           70