## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

IN RE:

    Jeffrey Lynn Adams

    Kathy Marie Adams

                              **Debtors**

Case No:    **6:09-bk-15316-ABB**

Chapter 13

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, docket number 88. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1.   That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2.   All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on May 13, 2010 shall remain the same and in full force and effect.

 DONE and ORDERED in Orlando, Florida, this 9th day of January, 2013

                                      Arthur B. Briskman
                                      United States Bankruptcy Judge

Copies to: All Creditors and Interested Parties on the Court mailing matrix.

**Exhibit  "A"**

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| 000 | Carole S Bess | Prior Attorney | $0.00 | $2,200.00 | | | |
| | | | | | | 01-12/ | $125.00 |
| | | | | | | 13-19/ | $100.00 |
| AT | Paul F Daley | Attorney Fee | $2,041.00 | $2,041.00 | | | |
| | | | | | | 01-19/ | $0.00 |
| | | | | | | 20-27/ | $100.00 |
| | | | | | | 28-28/ | $68.00 |
| | | | | | | 29-33/ | $0.00 |
| | | | | | | 34-34/ | $177.00 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-40/ | $300.00 |
| | | | | | | 41-41/ | $96.00 |
| 001 | Discover Bank | General Unsecured | $13,840.83 | $13,840.83 | | 1-60/ | Pro Rata |
| 002 | Pra Receivables Management Llc | General Unsecured | $522.86 | $522.86 | | 1-60/ | Pro Rata |
| 003 | Dodge Enterprises | General Unsecured | $6,090.29 | $6,090.29 | | 1-60/ | Pro Rata |
| 004 | Department Stores National Bank/Macys | General Unsecured | $772.51 | $772.51 | | 1-60/ | Pro Rata |
| 005 | Jefferson Capital Systems, Llc | General Unsecured | $1,038.56 | $1,038.56 | | 1-60/ | Pro Rata |
| 006 | Chase Bank Usa, Na | General Unsecured | $6,340.16 | $6,340.16 | | 1-60/ | Pro Rata |
| 007 | Kennedy Space Center Fcu | Secured By Vehicle | $17,790.00 | $20,265.63 | ( 1) | | |
| | | | | | | 01-34/ | $337.58 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-59/ | $382.08 |
| | | | | | | 60-60/ | $382.15 |
| 008 | Kennedy Space Center Fcu | General Unsecured | $7,063.39 | $7,063.39 | ( 2) | 1-60/ | Pro Rata |
| 009 | Sheffield Financial/Branch Banking And | Secured | $2,500.00 | $2,847.88 | ( 3) | | |
| | | | | | | 01-34/ | $47.44 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-59/ | $53.69 |
| | | | | | | 60-60/ | $53.74 |
| 010 | Sheffield Financial/Branch Banking And | Secured | $7,000.00 | $7,974.12 | ( 4) | | |
| | | | | | | 01-34/ | $132.83 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-59/ | $150.34 |
| | | | | | | 60-60/ | $150.42 |
| 011 | Ford Motor Credit | Secured By Vehicle | $11,950.00 | $13,613.02 | ( 5) | | |
| | | | | | | 01-34/ | $226.76 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-60/ | $256.66 |
| 012 | Internal Revenue Service | Priority | $28,354.46 | $28,354.46 | ( 6) | | |
| | | | | | | 01-12/ | $0.00 |
| | | | | | | 13-20/ | $277.52 |
| | | | | | | 21-33/ | $503.15 |
| | | | | | | 34-34/ | $725.67 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-59/ | $820.33 |

| No. | Creditor | Type | Amount | Amount | Ref | Months | Payment |
|---|---|---|---|---|---|---|---|
| | | | | | | 60-60/ | $820.42 |
| 013 | Ge Consumer Finance | General Unsecured | $7,242.07 | $7,424.07 | | 1-60/ | Pro Rata |
| 014 | City Of Titusville | Secured | $450.48 | $450.48 | | | |
| | | | | | | 01-12/ | $35.89 |
| | | | | | | 13-13/ | $19.80 |
| 015 | Asset Acceptance | General Unsecured | $7,920.87 | $7,920.87 | | 1-60/ | Pro Rata |
| 016 | Jefferson Capital Systems, Llc | General Unsecured | $15,690.27 | $15,690.27 | | 1-60/ | Pro Rata |
| 017 | Resurgent Capital Services | General Unsecured | $6,816.22 | $6,816.22 | | 1-60/ | Pro Rata |
| 018 | Pra Receivables Management Llc | General Unsecured | $7,323.45 | $7,323.45 | ( 7) | 1-60/ | Pro Rata |
| 019 | Pra Receivables Management Llc | General Unsecured | $2,945.69 | $2,945.69 | ( 8) | 1-60/ | Pro Rata |
| 020 | Pra Receivables Management Llc | General Unsecured | $4,846.12 | $4,846.12 | ( 9) | 1-60/ | Pro Rata |
| 021 | Pra Receivables Management Llc | General Unsecured | $1,933.24 | $1,933.24 | ( 10) | 1-60/ | Pro Rata |
| 022 | Resurgent Capital Services | General Unsecured | $2,179.49 | $2,179.49 | | 1-60/ | Pro Rata |
| 023 | Pra Receivables Management Llc | General Unsecured | $589.99 | $589.99 | ( 11) | 1-60/ | Pro Rata |
| 024 | Resurgent Capital Services | General Unsecured | $4,257.95 | $4,257.95 | | 1-60/ | Pro Rata |
| 025 | Resurgent Capital Services | General Unsecured | $1,773.46 | $1,773.46 | | 1-60/ | Pro Rata |
| 026 | Ford Motor Credit Company | General Unsecured | $17,322.17 | $17,322.17 | | 1-60/ | Pro Rata |
| 027 | Countrywide Home Lending | Ongoing Mortgage | $223,143.00 | $0.00 | ( 12) | | |
| | | | | | | 01-16/ | $2,069.00 |
| | | | | | | 17-34/ | $1,924.66 |
| | | | | | | 35-37/ | $0.00 |
| | | | | | | 38-60/ | $1,487.71 |
| 300 | Elizabeth Mccausland | Administrative Fees | $350.00 | $350.00 | | | |
| | | | | | | 01-22/ | $0.00 |
| | | | | | | 23-23/ | $350.00 |
| 507 | Kennedy Space Center Fcu | General Unsecured | $8,221.95 | $8,221.95 | ( 13) | 1-60/ | Pro Rata |
| 509 | Sheffield Financial/Branch Banking And | General Unsecured | $1,185.94 | $1,185.94 | ( 14) | 1-60/ | Pro Rata |
| 510 | Sheffield Financial/Branch Banking And | General Unsecured | $750.53 | $750.53 | ( 15) | 1-60/ | Pro Rata |
| 511 | Ford Motor Credit | General Unsecured | $8,906.83 | $8,906.83 | ( 16) | 1-60/ | Pro Rata |
| 512 | Internal Revenue Service | General Unsecured | $193.96 | $193.96 | ( 17) | 1-60/ | Pro Rata |

Note (   1)   CLAIM FILED AS A SECURED CLAIM IN THE AMOUNT OF $26,011.95. PURSUANT TO ORDER ON MOTION TO VALUE FILED ON 4/15/2010, COLLATERAL VALUED AT $17,790.00 PLUS 5.25% INTEREST. THE BALANCE IN THE AMOUNT OF $8,221.95 IS ALLOWED AS A GENERAL UNSECURED CLAIM.

Note (   2)   CLAIM FILED AS A SECURED CLAIM IN THE AMOUNT OF $7,063.39. PURSUANT TO ORDER ENTERED ON 4/14/2010, CLAIM ALLOWED AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $7,063.39.

Note (   3)   CLAIM FILED AS A SECURED CLAIM IN THE AMOUNT OF 3,685.94. PURSUANT TO ORDER ON MOTION TO VALUE FILED ON 4/15/2010, COLLATERAL VALUED AT $2,500.00 OLUS 5.25% INTEREST. THE BALANCE IN THE AMOUNT OF $1,185.94 IS ALLOWED AS A GENERAL UNSECURED CLAIM.

Note (   4)   CLAIM FILED IN THE AMOUNT OF $7,750.53. PURSUANT TO ORDER ON MOTION TO VALUE FILED ON 4/15/2010, COLLATERAL VALUED AT $7,000.00 PLUS 5.25% INTEREST. THE BALANCE IN THE AMOUNT OF $750.53 IS ALLOWED AS A GENERAL UNSECURED CLAIM.

Note (   5)   THIS CLAIM IS BEING PAID WITH 5.25% INTEREST. THIS CLAIM REPRESENTS AMENDED CLAIM 11-2.

Note (   6)   THIS CLAIM REPRESENTS AMENDED CLAIM 12-5 FOR THE IRS.
CLAIM REPRESENTS THE 2008, 2009, 2010 AND 2011 TAX YEARS

Note (   7)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note (   8)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note (   9)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note (   10)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note (   11)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note (   12)   PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $223,143.00.

DEBTOR SHALL MAKE TIMELY PAYMENTS PURSUANT TO THE TRIAL PERIOD PAYMENT PLAN. DEBTOR SHALL FILE A MOTION FOR APPROVAL OF TRIAL LOAN MORTGAGE MODIFICATION. UPON TIMELY RECEIPT BY LENDER OF ALL PAYMENTS REQUIRED UNDER THE TRIAL PERIOD PAYMENT PLAN, LENDER WILL CONDUCT ITS FINAL REVIEW TO DETERMINE DEBTOR'S QUALIFICATION FOR A FINAL LOAN MODIFICATION AGREEMENT. THE PARTIES SHALL PARTICIPATE IN A CONTINUED MEDIATION, IF NECESSARY. SIXTY (60) DAYS FOLLOWING THE FILING OF THE MEDIATOR'S FINAL REPORT, THE DEBTOR SHALL EITHER MODIFIY THE PLAN TO PAY THE CLAIM AS FILED OR MODIFY THE PLAN TO PROVIDE FOR MONTHLY PAYMENTS PURSUANT TO THE TERMS OF ANY FINAL LOAN MODIFICATION AGREEMENT REACHED BY THE PARTIES. IF NEITHER IS DONE, RELIEF FROM THE AUTOMATIC STAY IS GRANTED WITHOUT FURTHER HEARING.

Note (   13)   SEE NOTE ON CLAIM 7.

Note (   14)   SEE NOTE ON CLAIM 9.

Note (   15)   SEE NOTE ON CLAIM 10.

Note (   16)   THIS CLAIM REPRESENTS AMENDED CLAIM 11-2.

Note (   17)   THIS CLAIM REPRESENTS AMENDED CLAIM 12-5 FOR THE IRS.

**Debtor Payments to the Trustee**

| Months | Amount |
|--------|--------|
| 1-12 | $3,305.00 |
| 13-13 | $3,568.00 |
| 14-20 | $3,546.00 |
| 21-22 | $3,797.00 |
| 23-23 | $4,182.00 |
| 24-27 | $3,797.00 |
| 28-28 | $3,761.00 |
| 29-33 | $3,556.00 |
| 34-34 | $4,012.00 |
| 35-37 | $0.00 |
| 38-60 | $3,850.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:   In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is October 14, 2014. Therefore, it is important that the Debtors  resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.